# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE ATTEBERRY,<br><br>       Plaintiff<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. and TYLER TATE,<br><br>       Defendants | Case No.: 2:21-cv-01984-APG-EJY<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 5] |

   Defendant Tyler Tate moves to dismiss for insufficient service of process. ECF No. 5. The affidavit of service for Tate states that Tate was served on October 24, 2021 at 4208 Seclusion Bay Ave in North Las Vegas. ECF No. 1-1 at 13.  Tate disputes that he was served at that location in October 2021 because Tate avers that he has resided in Idaho since February 2021, that he was physically present in Idaho in October 2021, and that he did not live at and is unfamiliar with the address where he was purportedly served in North Las Vegas. ECF No. 5-1. The plaintiff has not responded to this motion.  I therefore grant it as unopposed. *See* LR 7-2(d).

   I THEREFORE ORDER that defendant Tyler Tate's motion to dismiss (ECF No. 5) is GRANTED.

   DATED this 6th day of January, 2022.

                                                                                          _____
                                                                                          ANDREW P. GORDON
                                                                                          UNITED STATES DISTRICT JUDGE