JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE ATTEBERRY, an individual, | Case No. 2:21-cv-01984-CDS-EJY |
| Plaintiff | |
| vs. | |
| SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a SMITH'S FOOD AND DRUG CENTER; TYLER TATE, an individual; DOE INDIVIDUALS I through XX; ROE LEGAL ENTITIES I through XX, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants | |

WHEREAS, all parties and their counsel of record participated in a voluntary private mediation on February 3, 2023, with Nevada Supreme Court Justice Nancy Saitta, Ret. of ARM, acting as the neutral mediator; and

WHEREAS, the mediation resulted in the parties and their counsel agreeing upon a full and final settlement of this case and all claims arising out of the events described in the complaint filed in this matter;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for defendant SMITH'S FOOD & DRUG CENTERS, INC., and BURKE L. HUBER, ESQ. of the VAN LAW FIRM, counsel for plaintiff SHERRIE ATTEBERRY as follows:

CLAC 7330103.1

1. Plaintiff SHERRIE ATTEBERRY'S claims herein against defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That any pending court appearances and filing deadlines be vacated, and the case be closed.

RESPECTFULLY SUBMITTED this 8th day of March, 2023.

| | |
|---|---|
| **VAN LAW FIRM** | **COOPER LEVENSON, P.A.** |
| /s/ Burke L. Huber | /s/ Jerry S. Busby |
| Burke L. Huber, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 010902 | Nevada Bar No.: 1107 |
| 1290 S. Jones Blvd. | 3016 West Charleston Blvd. #195 |
| Las Vegas, Nevada 89146 | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Smith's Food & Drug Centers, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 8, 2023

CLAC 7330103.1